# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PAWEL BORK | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 1:21-cv-05943 |
| | ) | |
| *v.* | ) | Judge Charles P. Kocoras |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| *Defendant* | ) | |

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S *UNOPPOSED* MOTION FOR SUBSTITUTION OF AETNA AS DEFENDANT, VOLUNTARY DISMISSAL OF HARTFORD, AND TO AMEND THE CASE CAPTION

Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Hartford"), by its attorney, Warren von Schleicher of Smith von Schleicher & Associates, submits its Unopposed Motion for Substitution of Aetna Life Insurance Company ("Aetna") as Defendant, Voluntary Dismissal of Hartford, and to Amend the Case Caption:

1. Plaintiff, in the Complaint, seeks payment of disability benefits under a group insurance policy ("Group Policy") governed by ERISA. The Complaint names Hartford as the defendant.

2. Hartford's undersigned counsel, who also is counsel for Aetna, stipulates that Aetna is the proper defendant in this lawsuit, and that Aetna issued and is the insurer of the Group Policy. Aetna waives service of summons. Plaintiff stipulates to the voluntary dismissal of Hartford without prejudice.

3. Hartford respectfully requests that the Court (i) substitute "Aetna Life Insurance Company" as the defendant, (ii) dismiss Hartford from the lawsuit without prejudice, and (iii)

direct that the Clerk of the Court amend the case caption to list "Aetna Life Insurance Company" as the sole defendant, in order for Aetna to be a filing party on ECF.

4. Upon amendment of the case caption, Hartford's undersigned counsel will file an appearance on behalf of Aetna.

5. Although Aetna has signed a waiver of service of summons, Aetna agrees to file its responsive pleading to the Complaint within 28 days, by January 31, 2022.

6. Counsel have conferred and Plaintiff does not object to this Unopposed Motion. This Unopposed Motion is presented for the above stated legitimate reasons and not for purposes of delay. No party will be prejudiced by the granting of this Unopposed Motion.

WHEREFORE, defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, respectfully requests that the Court grant its Unopposed Motion for Substitution of Aetna as Defendant, Voluntary Dismissal of Hartford, and to Amend the Case Caption.

Respectfully submitted,

Warren von Schleicher (IL-6197189)  By: */s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES   Attorney for Defendant,
180 North LaSalle St. Suite 3130   Hartford Life and Accident Insurance Company
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com

**CERTIFICATE OF SERVICE**

I certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Matthew T. Maloney
William T. Reynolds
DeBofsky Sherman Casciari Reynolds, P.C.
150 N. Wacker Dr., Suite 1925
Chicago, Illinois 60606
mmaloney@debofsky.com
wreynolds@debofsky.com

*/s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com
Illinois Bar No. 6197189